**FILED**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2005 AUG 25 I A 9: 33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.                                                    Case No. 3:04-cr-206-J-20MCR

**DAVID GOODMAN**

_____/

## ORDER

Before this Court is the Report and Recommendation entered by the United States

Magistrate Judge (Doc. No. 635, filed August 3, 2005) recommending that Defendant

Goodman's Motion to Suppress Items Seized During Unlawful Search of David Goodman's

Private Studio (Doc. No. 446, filed April 29, 2005) be denied.  Defendant Goodman timely filed

objections. (Doc. No. 679, filed August 19, 2005).

Upon thorough consideration of the Report and Recommendation and Defendant's

objections, and upon conducting an independent de novo review of the entire record in this

matter, the Magistrate Judge's Report and Recommendation (Docs. Nos. 635) is **ADOPTED**, and

is specifically incorporated into this Order.  Accordingly, the Defendant's Motion to Suppress

Items Seized (Doc. No. 446) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 23 day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Thomas George Fallis, Esq.
Clyde M. Collins, Jr., Esq.
O. David Barksdale, Esq.
William E. Folsom, Esq.

Gerald Scott Bettman, Esq.
Charlie Lee Adams, Esq.
Quentin Till, Esq.
Robert Calvin Rivers, Esq,
Daniel A. Smith, Esq.
William Charles Fletcher, Esq.
Michael W. Johnson, Esq.
David Gerhardt Mengers, Esq.
D.J. Pashayan, AUSA